IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KUI XU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1445 |
| | § | |
| | § | |
| BP AMERICA PRODUCTION COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER FOR HEARING

A hearing will be held on the discovery motions and on the motion filed by plaintiff's counsel to withdraw from representing the plaintiff. That hearing will be held **on January 25, 2011, at 5:00 p.m.**, in Courtroom 11-B. The plaintiff, Kui Xu, must be present for this hearing, as well as counsel.

SIGNED on January 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge